ALEXANDER DOYLE, Appellant, *v.* WHITELAW REID, Respondent.

*Doyle* v. *Reid*, 33 App. Div. 631, affirmed.
(Argued October 15, 1900; decided October 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 31, 1898, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Herbert F. Andrews* for appellant.

*Henry W. Sackett* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JOHN M. WARD, Appellant, *v.* THE CITY OF BROOKLYN, Respondent, Impleaded with Others.

*Ward* v. *City of Brooklyn*, 32 App. Div. 430, affirmed.
(Argued October 15, 1900; decided October 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 3, 1898, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term.

*Sanders Shanks* and *Andrew F. Van Thun, Jr.*, for appellant.

*John Whalen, Corporation Counsel* (*William J. Carr* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT. MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.